# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Charles R. Moffet, Task Force Officer, United States Department of Justice, Federal Bureau of Investigation (FBI), being duly sworn, state:

## I. INTRODUCTION

1. I am a Task Force Officer with the Federal Bureau of Investigation (FBI). As such, I am "an investigative or law enforcement officer of the United States," within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516. I became a Deputy with the Yellowstone County Sheriff's Office in March of 2011. In December of 2016 I became a Detective with the Sheriff's Office assigned to the City/County Special Investigations Unit, particularly becoming a Task Force Officer with the Big Sky W-TOC Task Force. I have been assigned to work federal, state, and local narcotics investigations.

2. Throughout my career, I have received specialized training from a variety of federal, state, and local law enforcement agencies concerning several law enforcement topics.

3. Specifically, I have conducted or assisted with investigations relative to the manufacture, smuggling and distribution of controlled substances and the

subsequent illicit transfer and laundering of the proceeds derived from the sale of controlled substances.  I have also participated in numerous narcotics investigations which have resulted in the seizure of large quantities of controlled substances, firearms, and contraband associated with violations of Title 18 and Title 21 of the United States Code.  I am familiar with, and have participated in, all of the normal methods of investigation, including but not limited to visual surveillance, questioning of witnesses, the use of search and arrest warrants, the use of informants, the use of pen registers, the utilization of undercover agents, the use of Grand Jury, and the use of court authorized wire and electronic intercepts.  Additionally, I have consulted with other Agents who have been involved in similar investigations.

4.      Throughout my career, I have discussed with numerous law enforcement officers, cooperating defendants, and informants, the methods and practices used by gang members and narcotics distributors and I am familiar with their typical methods of operation, including, the manufacturing, distribution, storage and transportation of narcotics, and the collection of money which represents the proceeds of narcotics trafficking and money laundering.

## II.   DESCRIPTION

5.    This Affidavit is submitted in support of a Criminal Complaint issued for NATHAN THOMAS TRUJILLO, Date of Birth XX-XX-1977, charging him with Distribution of Methamphetamine and Possession of Methamphetamine with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1). The statements in this Affidavit pertain to the investigation described below and are based in part on information provided by my own observations and experience as an FBI Task Force Officer, and the observation and experiences of other fellow law enforcement officers participating in the investigation. This Affidavit does not purport to contain all facts related to this investigation, but only those facts necessary to establish probable cause with respect to the aforementioned offense.

## III.   PROBABLE CAUSE

6.    In August of 2018, Agents with the Eastern Montana High Intensity Drug Trafficking Area (EMHIDTA) Task Force and the Federal Bureau of Investigation's Big Sky W-TOC Task Force began an investigation into a methamphetamine distributer in the Billings Montana area named NATHAN THOMAS TRUJILLO.

7.    Throughout August of 2018 EMHIDTA Agent's and Agent's with the Montana Department of Criminal Investigation, (DCI), were able to conduct

3

multiple controlled drug transactions with a direct co-conspirator of TRUJILLO's. After each controlled drug transaction the methamphetamine was tested and yielded a presumptive positive result. The amount of methamphetamine purchased during these transactions totaled approximately 13 ounces.

8. After learning more about TRUJILLO and his distribution techniques, Agents learned that TRUJILLO possibly travels to Denver Colorado to obtain pound quantities of methamphetamine for re-distribution in the Billings Montana area. Based on the circumstances surrounding the investigation, Agents were able to obtain a Montana District Court Search Warrant to affix a GPS tracking device to a vehicle which was utilized by TRUJILLO.

9. Agent's utilized data obtained from the GPS Tracking unit to observe TRUJILLO travel to Denver, Colorado on August 31st, 2018. Upon TRUJILLO's return on September 7th, 2018 Agent's utilized Troopers from the Montana Highway Patrol (MHP), to effectuate an arrest on TRUJILLO at a gas station in Hardin Montana, (1010 North Crawford Lane). Search warrants had previously been obtained for the vehicle TRUJILLO was using, (a 2002 Honda Accord with Montana License Plate# CEH974), TRUJILLO's apartment (2605 Minnesota Avenue #102 in Billings Montana), and a storage unit that TRUJILLO had been renting, (1145 Main Street #1186 in Billings Montana).

10. Upon execution of the vehicle search warrant, Agent's seized a plastic bag containing approximately 429 grams of suspected methamphetamine. The suspected methamphetamine was tested and the test results showed presumptive. In the same bag that the suspected methamphetamine was located Agent's seized a digital scale and plastic baggies, items indicative of distribution. Agent's also seized a Kimber 9MM pistol in the center console of the vehicle, (TRUJILLO had the holster for this pistol attached to his belt on the small of his back). More firearms, illegal narcotics, and drug paraphernalia were located throughout the vehicle. Upon execution of the apartment, Agent's seized another firearm and more items of drug paraphernalia.

## CONCLUSION

11. Based upon my knowledge of the overall investigation, I believe NATHAN THOMAS TRUJILLO is involved in a methamphetamine distribution network in the Billings area. Moreover, based upon my training, experience, and totality of the evidence noted herein, I believe probable cause exists that NATHAN THOMAS TRUJILLO possessed, with the intent to distribute, methamphetamine – a Schedule II controlled substance – in violation of Title 21, United States Code, Section 841(a)(1), in the State and District of Montana on September 7th, 2018.

12. I swear that the facts presented herein are true and accurate to the best of my knowledge.

_____
Charles Moffet
Task Force Officer
Federal Bureau of Investigation


SWORN AND SUBSCRIBED TO BEFORE ME THIS __10__ DAY OF SEPTEMBER, 2018.


_____
Honorable Timothy J. Caven
United States Magistrate Judge
District of Montana