IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN THOMAS TRUJILLO,<br><br>Defendant. | CR 18-117-BLG-SPW<br><br><br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' motion for final order of forfeiture (Doc. 47). Having reviewed the motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A preliminary order of forfeiture was entered on March 19, 2020;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d); Therefore,

IT IS HEREBY ORDERED that:

1. The motion for final order of forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States, pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Ruger, LCP, .380 caliber pistol (S/N 371741175);
- Kassnar Imports, Shinn A Sipja, 12 caliber shotgun (S/N 04037);
- Kimber Micro 9, 9mm caliber pistol (S/N PB0066696); and
- Glock, Model 22, .40 caliber pistol (S/N ELA0088).

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 28th day of May, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge