IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. NATHAN THOMAS TRUJILLO, Defendant. | CR 18-117-BLG-SPW<br><br>AMENDED FINAL ORDER OF FORFEITURE |
|---|---|

This matter comes before the Court on the United States' Motion for Amended Final Order of Forfeiture (Doc. 51). Having reviewed the Motion, the Court FINDS:

1. The United States commenced forfeiture in this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture (Doc. 44) was entered on March 19, 2020 that forfeited Defendant Trujillo's interest in the listed property;

3. As required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), published notice is complete (Doc. 46), all known interested parties were provided

1

an opportunity to respond, no claims were made to the property and the time for doing so has expired;

4. A Final Order of Forfeiture (Doc. 48) was entered on May 28, 2020 that forfeited the listed property to the United States;

5. Subsequently, the United States established the following: that it is no longer pursuing judicial forfeiture of the Ruger firearm listed in the Preliminary Order of Forfeiture; and, further, that there was a clerical error in the Serial Number for the Glock identified in the Preliminary Order of Forfeiture.

6. Accordingly, there appears cause to issue an Amended Final Order of Forfeiture order under 18 U.S.C. § 924(d) and Fed. R. Crim. P. 32.2(c)(2).

It is therefore ORDERED that:

1. The United States' Motion for Amended Final Order of Forfeiture (Doc. 51) is **GRANTED**.

2. Pursuant to 18 U.S.C. § 924(d) and Fed. R. Crim. P. 32.2(c)(2), the following property is finally forfeited to the United States, free from the claims of any other party:

a. Kassnar Imports, Shinn A Sipja, 12 caliber shotgun (S/N 04037);

b. Kimber Micro 9, 9mm caliber pistol (S/N PB0066696); and

c. Glock, Model 22, .40 caliber pistol (S/N ELA088).

The United States shall have full and legal title to this forfeited property and may dispose of it in accordance with law.

DATED this 18th day of September, 2025.

_____
SUSAN P. WATTERS
United States District Court Judge